UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x      Index No.: 15-CV-4718
LYDA RAE C. MIQUIABAS,                                                  (LDH)(JO)

                          Plaintiff,

    -against-

PROFESSIONTAL PLACEMENT AND
RECRUITMENT INC, PAYAG CORP. and
RENA AVENDULA,

                          Defendants.
-----------------------------------------------------------------x

## STIPULATION AND [*PROPOSED*] ORDER OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through their undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees (other than those costs and attorneys' fees specified in the Settlement Agreement and Release) as to all claims against Defendants Professional Placement and Recruitment Inc, Payag Corp., and Rena Avendula.

*3247228.1*

| | |
|---|---|
| CERTILMAN BALIN ADLER & HYMAN, LLP<br>*Attorneys for Defendants Professional Placement and Recruitment Inc, Payag Corp., and Rena Avendula* | LEVY DAVIS & Maher, LLP<br>*Attorneys for Plaintiff Lyda Rae C. Miquiabas* |
| By: *[signature]*<br>Elizabeth E. Schlissel, Esq. | By: *[signature]*<br>Jonathan A. Bernstein, Esq. |
| Date: 2-18-16 | Date: February 18, 2016 |

SO ORDERED on this ____ day of _____, 2015

_____
James Orenstein
United States Magistrate Judge

3247228.1